UNITED STATES BANKRUPTCY COURT
WEATERN DISTRICT OF OKLAHOMA

In Re   Mojtaba Fardadfar                              Case No. 12-14318
Debtor                                                 Chapter 13

## PAY ADVICE COVER SHEET

The following pay advice/income record information is filed on behalf of the debtor:

The Debtor is self-employed however pay advices are attached as follows:

| Employer | Beginning date | Ending date |
|---|---|---|
| Meridian Pizza | 02/01/2012 | 02/29/2012 |
| Meridian Pizza | 03/01/2012 | 03/31/2012 |
| Meridian Pizza | 04/01/2012 | 04/30/2012 |
| Meridian Pizza | 05/01/2012 | 05/31/2012 |
| Meridian Pizza | 06/01/2012 | 06/30/2012 |
| Meridian Pizza | 07/01/2012 | 07/31/2012 |
| Rental Properties | 02/01/2012 | 02/29/2012 |
| Rental Properties | 03/01/2012 | 03/31/2012 |
| Rental Properties | 04/01/2012 | 04/30/2012 |
| Rental Properties | 05/01/2012 | 05/31/2012 |
| Rental Properties | 06/01/2012 | 06/30/2012 |
| Rental Properties | 07/01/2012 | 07/31/2012 |

Dated on the 11th day of September, 2012.

Respectfully Submitted,

/s/ *A. Eva Borghei*

A. Eva Borghei, OBA #22499
Borghei Law Offices, P.L.L.C
4312 Classen Blvd.
Oklahoma City, OK 73118
(405) 525-0777 (Phone)
(405) 557-0777 (Facsimile)
Email: borgheilaw@gmail.com
**ATTORNEY FOR DEBTOR**

UNITED STATES BANKRUPTCY COURT
WEATERN DISTRICT OF OKLAHOMA

In Re   Mojtaba Fardadfar
Debtor

Case No. 12-14318
Chapter 13

### AFFIDAVIT OF DEBTOR

Mojtaba Fardadfar, Debtor in the above-captioned case states to the Court that he is self-employed and does not receive paychecks.

9-10-12

Date

Mojtaba Fardadfar, Debtor

Respectfully Submitted,

/s/ *A. Eva Borghei*

A. Eva Borghei, OBA #22499
Borghei Law Offices, P.L.L.C
4312 Classen Blvd.
Oklahoma City, OK 73118
(405) 525-0777 (Phone)
(405) 557-0777 (Facsimile)
Email: borgheilaw@gmail.com
**ATTORNEY FOR DEBTOR**

# MERIDIAN PIZZA
# PROFIT & LOSS

## February 2012

**Gross Income**                         $ 8711.00

**Expenses:**

| Description | Amount |
|---|---|
| RENT | $950 |
| DUMPSTER | $40 |
| ELECTRICITY | $440.00 |
| GAS | $209.84 |
| PHONE | $160.07 |
| CREDIT CARD MACHINE | $38.06 |
| CREDIT CARD PROCESSING FEE | $287.99 |
| COMMERCIAL LOAN | $883.64 |
| SUPPLIES | $3048.85 |
| INSURANCE | $151.00 |
| LABOR | $1306.65 |
| TOTAL EXPENSES | $7516.04 |

| | |
|---|---|
| Gross Income | $ 9246.00 |
| Expenses | $ 7516.04 |
| NET PROFIT | $ 1194.96 |

# MERIDIAN PIZZA
# PROFIT & LOSS

## March 2012

Gross Income $ 8457.00

Expenses:

| Description | Amount |
|---|---|
| RENT | $950 |
| DUMPSTER | $40 |
| ELECTRICITY | $421.00 |
| GAS | $181.07 |
| PHONE | $160.52 |
| CREDIT CARD MACHINE | $38.06 |
| CREDIT CARD PROCESSING FEE | $268.27 |
| COMMERCIAL LOAN | $883.64 |
| SUPPLIES | $3129.09 |
| INSURANCE | $151.00 |
| LABOR | $1268.55 |
| TOTAL EXPENSES | $7491.14 |

| | |
|---|---|
| Gross Income | $ 8457.00 |
| Expenses | $ 7491.14 |
| NET PROFIT | $ 965.86 |

## MERIDIAN PIZZA
## PROFIT & LOSS

### April 2012

**Gross Income**              $ 8952.00

**Expenses:**

| Description | Amount |
|---|---|
| RENT | $950 |
| DUMPSTER | $40 |
| ELECTRICITY | $402.00 |
| GAS | $180.05 |
| PHONE | $162.30 |
| CREDIT CARD MACHINE | $38.06 |
| CREDIT CARD PROCESSING FEE | $293.76 |
| COMMERCIAL LOAN | $883.64 |
| SUPPLIES | $3267.48 |
| INSURANCE | $151.00 |
| LABOR | $1342.80 |
| **TOTAL EXPENSES** | **$7711.93** |

| | |
|---|---|
| Gross Income | $ 8952.00 |
| Expenses | $ 7711.93 |
| NET PROFIT | $ 1240.07 |

# MERIDIAN PIZZA
# PROFIT & LOSS

## May 2012

Gross Income                              $  8452.00

Expenses:

| Description | Amount |
|---|---|
| RENT | $950 |
| DUMPSTER | $40 |
| ELECTRICITY | $392.00 |
| GAS | $171.73 |
| PHONE | $160.57 |
| CREDIT CARD MACHINE | $38.06 |
| CREDIT CARD PROCESSING FEE | $298.19 |
| COMMERCIAL LOAN | $883.64 |
| SUPPLIES | $3042.72 |
| INSURANCE | $151.00 |
| LABOR | $1267.80 |
| TOTAL EXPENSES | $7395.65 |

| | |
|---|---|
| Gross Income | $ 8452.00 |
| Expenses | $ 7395.65 |
| NET PROFIT | $ 1056.35 |

## MERIDIAN PIZZA
## PROFIT & LOSS

### June 2012

Gross Income                                       $ 8825.00

Expenses:

| Description | Amount |
|---|---|
| RENT | $950 |
| DUMPSTER | $40 |
| ELECTRICITY | $364.00 |
| GAS | $182.52 |
| PHONE | $162.00 |
| CREDIT CARD MACHINE | $38.06 |
| CREDIT CARD PROCESSING FEE | $292.39 |
| COMMERCIAL LOAN | $883.64 |
| SUPPLIES | $3441.75 |
| INSURANCE | $151.00 |
| LABOR | $1323.75 |
| TOTAL EXPENSES | $7858.11 |

Gross Income    $ 8825.00

Expenses        $ 7858.11

NET PROFIT      $ 966.89

## MERIDIAN PIZZA
## PROFIT & LOSS

### July 2012

**Gross Income**                                          $   9246.00

**Expenses:**

| Description | Amount |
|---|---|
| RENT | $950 |
| DUMPSTER | $40 |
| ELECTRICITY | $448.00 |
| GAS | $201.59 |
| PHONE | $163.00 |
| CREDIT CARD MACHINE | $38.06 |
| CREDIT CARD PROCESSING FEE | $276.25 |
| COMMERCIAL LOAN | $883.64 |
| SUPPLIES | $3421.07 |
| INSURANCE | $151.00 |
| LABOR | $1386.90 |
| **TOTAL EXPENSES** | $7959.51 |

| | |
|---|---|
| Gross Income | $ 9246.00 |
| Expenses | $ 7959.51 |
| NET PROFIT | $ 1286.49 |

## Rental Properties
## February 2012

| Address Expenses | Rent | Mortgage | Other |
|---|---|---|---|
| 3629 NW 51 | $1180 | $918 | $402 |
| 328 NW 97 | $500 | $550 | $120 |
| 2023 NW 28 | $400 | $617 | $100 |
| 2007 NW 28 | $700 | $650 | $0 |
| 3121 N. Mc Arthur Lot shared with Morteza and Jarrya Fardadfar | $0 | $110 | $0 |
| 2933 NW 22 | $500 | $500 | $200 |
| 2444 NW 36 | $750 | $500 | $200 |
| 2337 NW 36 | $600 | $500 | $200 |
| 8008 NW 10 #281 | $450 | $400 | $200 |
| 3631 N. Drexel | $300 | $668 | $200 |
| 2940 W. Eubank | $500 | $470 | $150 |

**Payments Made: $7655**

**Rent Received: $5880**

**Loss: $1775**

## Rental Properties
## March 2012

| Address Expenses | Rent | Mortgage | Other |
|---|---|---|---|
| 3629 NW 51 | $1180 | $918 | $402 |
| 328 NW 97 | $500 | $550 | $120 |
| 2023 NW 28 | $400 | $617 | $100 |
| 2007 NW 28 | $700 | $650 | $0 |
| 3121 N. Mc Arthur Lot shared with Morteza and Jarrya Fardadfar | $0 | $110 | $0 |
| 2933 NW 22 | $500 | $500 | $200 |
| 2444 NW 36 | $750 | $500 | $200 |
| 2337 NW 36 | $600 | $500 | $200 |
| 8008 NW 10 #281 | $450 | $400 | $200 |
| 3631 N. Drexel | $300 | $668 | $200 |
| 2940 W. Eubank | $500 | $470 | $150 |

**Payments Made: $7655**

**Rent Received: $5880**

**Loss: $1775**

## Rental Properties
## April 2012

| Address | Rent | Mortgage | Other Expenses |
|---|---|---|---|
| 3629 NW 51 | $1180 | $918 | $402 |
| 328 NW 97 | $500 | $550 | $120 |
| 2023 NW 28 | $400 | $617 | $100 |
| 2007 NW 28 | $700 | $650 | $0 |
| 3121 N. Mc Arthur Lot shared with Morteza and Jarrya Fardadfar | $0 | $110 | $0 |
| 2933 NW 22 | $500 | $500 | $200 |
| 2444 NW 36 | $750 | $500 | $200 |
| 2337 NW 36 | $600 | $500 | $200 |
| 8008 NW 10 #281 | $450 | $400 | $200 |
| 3631 N. Drexel | $300 | $668 | $200 |
| 2940 W. Eubank | $500 | $470 | $150 |

**Payments Made: $7655**

**Rent Received: $5880**

**Loss: $1775**

## Rental Properties
## May 2012

| Address | Rent | Mortgage | Other Expenses |
|---|---|---|---|
| 3629 NW 51 | $1180 | $918 | $402 |
| 328 NW 97 | $500 | $550 | $120 |
| 2023 NW 28 | $400 | $617 | $100 |
| 2007 NW 28 | $700 | $650 | $0 |
| 3121 N. Mc Arthur Lot shared with Morteza and Jarrya Fardadfar | $0 | $110 | $0 |
| 2933 NW 22 | $500 | $500 | $200 |
| 2444 NW 36 | $750 | $500 | $200 |
| 2337 NW 36 | $600 | $500 | $200 |
| 8008 NW 10 #281 | $450 | $400 | $200 |
| 3631 N. Drexel | $300 | $668 | $200 |
| 2940 W. Eubank | $500 | $470 | $150 |

**Payments Made: $7655**

**Rent Received: $5880**

**Loss: $1775**

## Rental Properties
## June 2012

| Address Expenses | Rent | Mortgage | Other |
|---|---|---|---|
| 3629 NW 51 | $1180 | $918 | $402 |
| 328 NW 97 | $500 | $550 | $120 |
| 2023 NW 28 | $400 | $617 | $100 |
| 2007 NW 28 | $700 | $650 | $0 |
| 3121 N. Mc Arthur Lot shared with Morteza and Jarrya Fardadfar | $0 | $110 | $0 |
| 2933 NW 22 | $500 | $500 | $200 |
| 2444 NW 36 | $750 | $500 | $200 |
| 2337 NW 36 | $600 | $500 | $200 |
| 8008 NW 10 #281 | $450 | $400 | $200 |
| 3631 N. Drexel | $300 | $668 | $200 |
| 2940 W. Eubank | $500 | $470 | $150 |

**Payments Made: $7655**

**Rent Received: $5880**

**Loss: $1775**

## Rental Properties
## July 2012

| Address Expenses | Rent | Mortgage | Other |
|---|---|---|---|
| 3629 NW 51 | $1180 | $918 | $402 |
| 328 NW 97 | $500 | $550 | $120 |
| 2023 NW 28 | $400 | $617 | $100 |
| 2007 NW 28 | $700 | $650 | $0 |
| 3121 N. Mc Arthur Lot shared with Morteza and Jarrya Fardadfar | $0 | $110 | $0 |
| 2933 NW 22 | $500 | $500 | $200 |
| 2444 NW 36 | $750 | $500 | $200 |
| 2337 NW 36 | $600 | $500 | $200 |
| 8008 NW 10 #281 | $450 | $400 | $200 |
| 3631 N. Drexel | $300 | $668 | $200 |
| 2940 W. Eubank | $500 | $470 | $150 |

**Payments Made: $7655**

**Rent Received: $5880**

**Loss: $1775**