**Dated: August 28, 2013,  11:08 AM**

**The following is ORDERED:**



Niles Jackson
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Mojtaba Fardadfar aka Mani** | ) | Case No.   12-14318-NLJ |
| **Fardadfar,** | ) | Chapter   13 |
| DEBTOR. | ) | |

### AGREED ORDER GRANTING AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY AND MOTION FOR ORDER OF ABANDONMENT

All findings of fact and conclusions of law are based upon representation of Counsel for Movant:

1. Deutsche Bank National Trust Company, as Trustee for Citigroup Mortgage Loan Trust, Series 2005-OPT3, Asset Backed Pass-Through Certificates, Series 2005-OPT3 ("Movant") filed an Amended Motion for Relief from the Automatic Stay, Motion for Order of Abandonment and Notice of Opportunity for Hearing (the "Motion") on February 15, 2013, regarding the real property described as:

> Lot Fifteen (15) and Sixteen (16), Block Four (4), Chester Hill Addition, to Oklahoma City, Oklahoma County, State of Oklahoma, according to the recorded plat thereof, commonly known as 328 NW 97 St, Oklahoma City, OK 73116

26506/MG

(the "Property").

3.     The Motion was mailed to the official mailing matrix which includes the Debtor, his counsel and the Trustee on February 15, 2013, as indicated by the Certificate of Mailing attached to the Motion

2.     The Motion set forth the time for filing an objection to the Motion and on February 20, 2013 John Hardeman, Chapter 13 Trustee filed an Objection of Chapter 13 Trustee to Amended Motion for Relief from Automatic Stay Combined with Notice of Hearing to be held on March 13, 2013 ("Objection").  Said Objection is resolved with this Agreed Order.

3.    The stay will be lifted as to the Property immediately and conditionally abandoned with the Trustee retaining an interest in any and all excess proceeds over the payoff of the first mortgage to Movant including fees and costs and any ad valorem taxes.  Any excess proceeds will be paid into the bankruptcy case and preserved for the benefit of unsecured creditors.

.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that the stay imposed by 11 U.S.C. Section 362 is hereby modified and Movant is entitled to pursue its remedies against the Property.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that all interest the Trustee has in and to the Property is hereby conditionally abandoned with the Trustee retaining an interest in any and all excess proceeds after payoff of the first mortgage to Movant including fees and costs and any ad valorem taxes.

# # #

26506/MG

Submitted by:

s/ Michael George
Brian J. Rayment, OBA #7441
Michael J. George, OBA #22570
Julie Hird Thomas, OBA #10660
Lauren Smith, OBA #30730
Kivell, Rayment and Francis, P.C.
Triad Center I, Suite 550
7666 East 61st Street
Tulsa, Oklahoma 74133
Phone: (918) 254-0626
Facsimile: (918) 254-7048
E-mail: mgeorge@kivell.com

ATTORNEYS FOR CREDITOR


s/ Linda Ruschenberg
Linda R. Ruschenberg, OBA #12842
321 Dean A McGee Ave.
P.O. Box 1948
Oklahoma City, Oklahoma 73101-1948
13trustee@chp13okc.com
(405)236-4843
(405)236-1004 (fax)

ATTORNEY FOR TRUSTEE

26506/MG