IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MOJTABA FARDADFAR aka MANI FARDADFAR, | ) ) | CASE NO.   12-14318 CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

### DEBTOR'S MOTION TO VACATE

The Debtor, Mojtaba Fardadfar, by and through his attorney Timothy McCoy moves this court to vacate the order dismissing case entered September 11, 2013. In Support of this Motion, the Debtor would show the Court as follows:

1. An Order Dismissing this case was entered on September 11, 2013 after a hearing on September 10, 2013. Due to a docket error, counsel for the Debtor did not appear at the hearing on September 10, 2013.

2. The Debtor desires to keep the case open so he may finalize plan and have it approved..

Wherefore, the Debtor prays that this Court enter an order vacating the Order Dismissing entered September 11, 2013.

Respectfully submitted this 25th day of September, 2013.

s/Timothy McCoy
Timothy McCoy, OBA #10838
4528 North Classen Blvd.
Oklahoma City, Oklahoma 73118
(405) 319-0000 Telephone

Approved:
s/Mojtaba Fardadfar
Mojtaba Fardadfar, Debtor